PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Darrell Gray  Cr.: 07-00509-004
 PACTS #: 46776

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 06/02/08

Original Offense: Narcotics- Sell-Distribute or Dispense (Cocaine Base)

Original Sentence: 60 months imprisonment; 5 years supervised release

Type of Supervision: supervised release  Date Supervision Commenced: 04/10/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 11, 2012, Gray was arrested by the Irvington Police Department for Possession of Heroin, Manufacture/Distribution of CDS, Distribution of drugs on school property, and Distribution/ Dispensing or Possession within 500 feet of public housing. At the time of the arrest, Gray was in possession of 49 glassine folds of heroin. The case is pending arraignment. |

U.S. Probation Officer Action:

We request no court action be taken until the pending charges are adjudicated in state court, or until such time as immediate court intervention is necessary.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 7/25/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other *No action pending adjudication of state charges*

Signature of Judicial Officer

July 31, 2012
Date