PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Darrell Gray            **Docket Number:** 07-00509-004
                                                                               **PACTS Number:** 46776

**Name of Sentencing Judicial Officer:** HONORABLE DICKINSON R. DEBEVOISE
                                                                SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/02/2008

**Original Offense:** NARCOTICS - SELL - DISTRIBUTE - OR DISPENSE (cocaine base)

**Original Sentence:** 60 months imprisonment; 5 years supervised release.

**Type of Supervision:** supervised release           **Date Supervision Commenced:** 4/10/10

**Assistant U.S. Attorney:** David E. Malagold, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Paulette Pitt ( Appointed ) FUSCO & MACALUSO, PA , P.O. Box 838, 150 Passaic Avenue, Passaic, New Jersey 07005, (973) 779-1163

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On July 11, 2012, Gray was arrested by the Irvington Police Department for possession of heroin, manufacture/distribution of CDS, distribution of drugs on school property, and distribution/dispensing or possession within 500 feet of public housing. At the time of his arrest, Gray was in possession of 49 glassine folds of heroin. |
| | On October 9, 2012, the offender was sentenced in New Jersey Superior Court, Essex County, to a four-year probation term, 200 hours of community service, and a $1,000 fine with an additional $175.00 in fees. The offender pled guilty to distribution, dispensing and possession of CDS within 1,000 feet of a school. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Maureen Kellyanne Kelly
Senior U.S. Probation Officer
Date: 1/16/13

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: March 4, 2013 2:00 PM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Jan 22, 2013
_____
Date